**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 26 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHAYKH MUHAMMAD ABDUL BIN
TALAL AL SAUD, AKA Shaykh
Muhammad Abdul Aziz Khalid Bin Talal
Alsaud,

No. 20-17179

D.C. No. 2:20-cv-00449-SPL-JFM

                Plaintiff-Appellant,

MEMORANDUM[*]

    v.

RODNEY CARR; et al.,

                Defendants-Appellees.

Appeal from the United States District Court
for the District of Arizona
Steven Paul Logan, District Judge, Presiding

Submitted July 19, 2021[**]

Before:     SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

    Arizona state prisoner Shaykh Muhammad Abdul Bin Talal Al Saud appeals

pro se from the district court's judgment dismissing his action alleging federal and

state law claims.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an

---

        [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion a dismissal for failure to comply with Federal Rule of Civil Procedure 8. *McHenry v. Renne*, 84 F.3d 1172, 1177 (9th Cir. 1996). We affirm.

The district court did not abuse its discretion by dismissing Al Saud's action because Al Saud failed to comply with Rule 8 despite prior warnings and instructions regarding the federal pleading requirements. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (Rule 8 requires the complaint "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests" (alteration in original, citation and internal quotation marks omitted)); *McHenry*, 84 F.3d at 1178 (complaint does not comply with Rule 8 if "one cannot determine from the complaint who is being sued, for what relief, and on what theory").

**AFFIRMED.**